# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
# OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code          A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| **2** | **ACNB  BANK** |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code          B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 415 | Bank of Landisburg (The) |
| 642 | BB & T Company |
| 519 | Beaver Valley Federal Credit Union |
| 501 | BELCO Community Credit Union |
| 397 | Beneficial Bank |
| 652 | Berkshire Bank |
| **5** | **BNY MELLON, NA** |
| **392** | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |
| 156 | Bucks County Bank |

**Bank Code          C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 622 | Carrollton Bank |
| 16 | CBT Bank |
| **136** | **CENTRIC BANK** |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| **649** | **CHROME FEDERAL CREDIT UNION** |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank (PA) |
| 206 | Citizens Savings Bank |
| 602 | City National Bank of New Jersey |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |

| | |
|---|---|
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 533 | Community First Bank |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

**Bank Code          D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 239 | DNB First, NA |
| 27 | Dollar Bank, FSB |

**Bank Code          E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code          F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| **343** | **FIDELITY SAVINGS & LOAN ASSOCIATON OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 643 | First Bank |
| 650 | First-Citizens Bank & Trust Company |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 46 | First Community Bank of Mercersburg |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |

| 51 | First National Bank & Trust Company of Newtown (The) |
|---|---|
| 417 | First National Bank of Lilly (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| **604** | **FIRST PRIORITY BANK** |
| **592** | **FIRST RESOURCE BANK** |
| 408 | First United National Bank |
| 151 | Firstrust Savings Bank |
| 416 | Fleetwood Bank |
| **493** | **FNB BANK, NA** |
| 175 | FNCB Bank |
| 291 | Fox Chase Bank |
| 241 | Franklin Mint Federal Credit Union |
| 639 | Freedom Credit Union |
| **58** | **FULTON BANK, NA** |

**Bank Code          G.**

| 499 | Gratz Bank (The) |
|---|---|
| 498 | Greenville Savings Bank |

**Bank Code          H.**

| 402 | Halifax Branch, of Riverview Bank |
|---|---|
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 655 | Home Savings Bank |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 350 | HSBC Bank USA, NA |
| **364** | **HUNTINGDON VALLEY BANK** |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

**Bank Code          I.**

| 365 | Indiana First Savings Bank |
|---|---|
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |

**Bank Code          J.**

| 70 | Jersey Shore State Bank |
|---|---|
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| **72** | **JUNIATA VALLEY BANK (THE)** |

**Bank Code          K.**

| 651 | KeyBank NA |
|---|---|
| 414 | Kish Bank |

**Bank Code          L.**

| **74** | **LAFAYETTE AMBASSADOR BANK** |
|---|---|
| 554 | Landmark Community Bank |
| 418 | Liverpool Community Bank |
| 78 | Luzerne Bank |

**Bank Code          M.**

| 361 | M & T Bank |
|---|---|
| 386 | Malvern Federal Savings Bank |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars Bank |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 619 | MB Financial Bank, NA |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| 294 | Mid Penn Bank |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |
| 614 | Monument Bank |
| **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |
| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

**Bank Code          N.**

| 433 | National Bank of Malvern |
|---|---|
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

## Bank Code O.

653 OceanFirst Bank
489 OMEGA Federal Credit Union
 94 Orrstown Bank

## Bank Code P.

**598 PARKE BANK**
584 Parkview Community Federal Credit Union
 40 Penn Community Bank
540 PennCrest Bank
419 Pennian Bank
447 Peoples Security Bank & Trust Company
 99 PeoplesBank, a Codorus Valley Company
556 Philadelphia Federal Credit Union
448 Phoenixville Federal Bank & Trust
 79 PNC Bank, NA
449 Port Richmond Savings
451 Progressive-Home Federal Savings & Loan
      Association
637 Provident Bank
456 Prudential Savings Bank
491 PS Bank

## Bank Code Q.

107 QNB Bank
560 Quaint Oak Bank

## Bank Code R.

452 Reliance Savings Bank
220 Republic First Bank d/b/a Republic Bank
628 Riverview Bank
208 Royal Bank America

## Bank Code S.

153 S & T Bank
316 Santander Bank, NA
464 Scottdale Bank & Trust Co. (The)
460 Second Federal S & L Association of
      Philadelphia
646 Service 1st Federal Credit Union
458 Sharon Savings Bank
633 Slovak Savings Bank
462 Slovenian Savings & Loan Association of
      Franklin-Conemaugh

**486 SOMERSET TRUST COMPANY**
**518 STANDARD BANK, PASB**
542 Stonebridge Bank
517 Sun National Bank
440 SunTrust Bank
**236 SWINEFORD NATIONAL BANK**

## Bank Code T.

143 TD Bank, NA
**656 TIOGA FRANKLIN SAVINGS BANK**
**182 TOMPKINS VIST BANK**
609 Tristate Capital Bank
640 TruMark Financial Credit Union
467 Turbotville National Bank (The)

## Bank Code U.

483 UNB BANK
481 Union Building and Loan Savings Bank
133 Union Community Bank
634 United Bank, Inc.
472 United Bank of Philadelphia
475 United Savings Bank
600 Unity Bank
232 Univest Bank & Trust Co.

## Bank Code V.

611 Victory Bank (The)

## Bank Code W.

**119 WASHINGTON FINANCIAL BANK**
121 Wayne Bank
631 Wells Fargo Bank, NA
553 WesBanco Bank, Inc.
**122 WEST MILTON STATE BANK**
494 West View Savings Bank
473 Westmoreland Federal S & L Association
476 William Penn Bank
272 Woodlands Bank
**573 WOORI AMERICA BANK**
630 WSFS (Wilmington Savings Fund Society), FSB

## Bank Code X.

**Bank Code     Y.**

577     York Traditions Bank

**Bank Code     Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.